In re WILLIAMS. (Supreme Court, Appellate Division, Second Department. June 29, 1911.) In the matter of Jennie Perkins Williams, an alleged incompetent person. No opinion. Motion denied, without costs.

WILSON, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 11, 1911.) Action by James Wilson against the Erie Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS, J., dissents, upon the ground of negligence, contributory negligence, and excessive verdict.

WINSMAN, Appellant, v. NEAL et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. July 11, 1911.) Action by Henry F. Winsman, as executor, etc., against Frances Neal and others. No opinion. Appeal dismissed, with costs.

WOECKENER v. RICHMOND LIGHT & R. CO. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by Frederick W. Woeckener against the Richmond Light & Railroad Company. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

WOOD, Respondent, v. HEWITT et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 29, 1911.) Action by Howard O. Wood against Edward R. Hewitt and another. No opinion. Order of the Municipal Court affirmed, with costs.

WOOD et al., Respondents, v. WISE et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 29, 1911.) Action by Wilbur B. Wood and another against Charles C. Wise and another. No opinion. Interlocutory judgment affirmed, with costs, with leave to the defendants to plead over upon payment of costs. See, also, 143 App. Div. 951, 128 N. Y. Supp. 1151.

In re WOODIN. (Supreme Court, Appellate Division, Second Department. June 28, 1911.) In the matter of the application of Raye P. Woodin for admission to the bar. No opinion. Application granted.

In re WURSTER'S WILL. (Supreme Court, Appellate Division, Third Department. June 28, 1911.) In the matter of the probate of the last will and testament and codicil thereto of Charles Wurster, deceased, as a will of real and personal property. No opinion. Decree unanimously affirmed, with costs.

WYCKOFF ADVERTISING CO., Respondent, v. MANN, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 11, 1911.) Action by the Wyckoff Advertising Company against Guillame A. Mann. No opinion. Judgment and order affirmed, with costs.

ZINKEISEN v. CREGIER. (Supreme Court, Appellate Division, First Department. July 7, 1911.) Action by Max Zinkeisen against Henry E. Cregier. No opinion. Motion to discontinue appeal granted, without costs. Order filed.

END OF CASES IN VOL. 130

*